Civil Action No. 20 CV 695

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHICAG TRANSIT AUTHORITY C/O DORVAL R CARTER (PRESIDENT)</u> was received by me on *(date)* <u>Mar 5, 2020, 2:01 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Darlene Blackwell</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CHICAG TRANSIT AUTHORITY C/O DORVAL R CARTER (PRESIDENT)</u> on *(date)* <u>Wed, Mar 11 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 3/11/2020

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

116 W Jackson Suite 254, Chicago , IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 11, 2020, 2:25 pm CDT at Company: 567 W. LAKE STREET, CHICAGO, IL 60661-1405 received by Darlene Blackwell. Relationship: Authorized Agent ;